No. 85–6552.   JACKSON v. OHIO.   Ct. App. Ohio, Hamilton County.   Motion of petitioner for leave to proceed *in forma pau-*

*peris* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.